UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDY WALTER, et al.,

    Plaintiffs,

v().    Case No. 8:07-cv-1129-T-24TGW

02HR, LLC and
02HR SAVINGS PLAN f/n/a
Spectrum HR 401(k) Savings Plan,

    Defendants,
_____/

## **ORDER**

    This cause comes before the Court on Defendants' Unopposed Motion to Amend Scheduling Order. (Doc. No. 67). In this motion, Defendants request that the Court extend the dispositive motion deadline, which is currently set for June 2, 2008, to a date after the Court rules on Plaintiff's motion to amend his complaint. Contemporaneously with the filing of this Order, the Court's Order on the motion to amend was filed. Since the Court is allowing Plaintiff to amend his complaint, the Court will extend the dispositive motion deadline by two months (Defendants did not propose the length of time for the extension). As such, the class certification deadline, the pretrial conference, and trial dates will also be moved by two months (as requested by Defendants). The Court will issue an amended scheduling order that reflects the new dates.

    The Court notes that there is a pending motion for attorneys' fees and costs relating to the claims of former Plaintiff Curbello. (Doc. No. 51). In this motion, Defendants acknowledge that some of the factors that the Court must consider in connection with that motion are not ripe for review at this time. Therefore, Defendants request that the Court defer ruling on the motion for

attorneys' fees and costs until after the Court rules on the anticipated summary judgment motion(s). Additionally, Defendants request permission to supplement their motion for attorneys' fees and costs after the Court rules on the summary judgment motion(s). Since the motion for attorneys' fees and costs was filed almost two months ago and will not be decided until after the summary judgment motions are ruled on (and which are now not due until August 4, 2008), the Court is going to terminate the pending motion for attorneys' fees and costs and allow Defendants to re-file it within ten days after the Court rules on the motion(s) for summary judgment.

Accordingly, it is ORDERED AND ADJUDGED that Defendants' Unopposed Motion to Amend Scheduling Order (Doc. No. 67) is **GRANTED**. Defendants' Motion for Attorneys' Fees and Costs (Doc. No. 51) is **TERMINATED** and may be re-filed within ten days after the Court rules on the motion(s) for summary judgment.

**DONE AND ORDERED** at Tampa, Florida, this 29th day of May, 2008.

Copies to:
Counsel of Record

SUSAN C. BUCKLEW
United States District Judge