UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANDY WALTER, et al.,

    Plaintiffs,

v.                                                        Case No. 8:07-cv-1129-T-24TGW

02HR, LLC and
02HR SAVINGS PLAN f/n/a
Spectrum HR 401(k) Savings Plan,

    Defendants,
_____/

## ORDER

This cause comes before the Court on Plaintiff's Unopposed Motion for Extension of Time to Conduct Mediation. (Doc. No. 78). On June 5, 2008, this Court directed the parties to participate in mediation by July 16, 2008 and to inform the Court of the mediator and mediation date by June 16, 2008. (Doc. No. 76). Four days after the notice was due, Plaintiff filed the instant motion to extend the deadline to mediate to August 14, 2008. The Court denies the motion, as the Court requires parties to mediate prior to the dispositive motion deadline, which is August 4, 2008 in this case. Therefore, if Peter Grilli is not available prior to July 16, 2008, the parties must select a new mediator, schedule mediation for a date on or before July 16, 2008, and Plaintiff is directed to file a notice by June 25, 2008 informing the Court of the mediator selected and the mediation date.

**DONE AND ORDERED** at Tampa, Florida, this 20th day of June, 2008.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record